**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        William Solomon Lewis v. The State of Texas

Appellate case number:      01-13-00458-CR

Trial court case number:    59246

Trial court:                239th District Court of Brazoria County

This case involves an appeal from an order signed by the trial court on May 9, 2013, denying appellant's motion for correction of costs. *See* TEX. CODE CRIM. PROC. Ann. art. 103.008(a) (West 2006). Appellant filed his notice of appeal on May 28, 2013. *See* TEX. R. APP. P. 26.1. The record was due on July 8, 2013. *See* TEX. R. APP. P. 4.1(a), 35.2. The clerk's record was filed on July 2, 2013. The reporter's record has not been filed.

On July 9, 2013, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless he provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that he was exempt from paying for the reporter's record by August 8, 2013, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Rather than provide the Court with evidence showing that he has paid or made arrangements to pay the court reporter, appellant filed his brief. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record. *See id.*

Appellant's brief was timely filed on August 12, 2013. *See* TEX. R. APP. P. 38.6(b) (setting deadline for filing appellant's brief at 30 days after complete appellate record is filed). Therefore, the State's brief, if any, is ORDERED to be filed by no later than September 11, 2013. *See* TEX. R. APP. P. 38.6(b). Appellant's motion for enlargement of time to file appellant's opening brief is DISMISSED as moot.

It is so ORDERED.

Judge's signature: /s/ Justice Laura C. Higley
                   ☑Acting individually     ☐ Acting for the Court

Date: August 26, 2013